PROB 12C
(6/16)

Report Date: January 14, 2022

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

**Jan 14, 2022**

### Eastern District of Washington

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Flammingstar Martinez      Case Number: 0980 2:13CR02088-SAB-3

Address of Offender: ███████████████  Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 29, 2014

| | | |
|---|---|---|
| Original Offense: | Accessory After the Fact to Assault With Intent to Commit Murder, 18 U.S.C. §§ 3, 113(a)(1) and 1153 | |
| Original Sentence: | Prison - 96 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: July 1, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 30, 2024 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/27/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by being cited for a domestic violence assault on August 1, 2021, Yakima Municipal Court case number 1A0608867.<br><br>On July 6, 2021, the supervised release conditions were reviewed and signed with Mr. Martinez, acknowledging an understanding of his conditions, which included Mandatory Condition number 2.<br><br>Per the Yakima Police Department narrative report number 21Y027766, on August 1, 2021, at 9:50 p.m., officers Lombardi and Ayon were dispatched to My Place Hotel, 21 South 18th Street, Yakima, Washington for a report of an assault. Dispatch advised there were two males fighting on the second floor of the hotel and one of the males left the location.  Upon arrival, the officers contacted the front desk clerk who advised one involved male left the |

Prob12C
**Re: Martinez, Justin Flammingstar**
**January 14, 2022**
**Page 2**

location and the other was outside. The officers exited the south door and contacted the male who identified himself as SM (10/23/1985).

Officer Ayon asked SM what happened and he reported the following: His brother, Justin F. Martinez (09/07/1979), arrived at the hotel where he was staying and began to confront him about his wife, CM (10/22/1981). Mr. Martinez began to make comments to CM, when SM intervened by telling him not to speak with his wife. Mr. Martinez then became confrontational with SM and lunged at him, punching him several times in the face and stomach. SM began to defend himself and started punching Mr. Martinez. CM then told them she was calling the police and Mr. Martinez fled.

Officer Ayon did not observe any marks or injuries on SM, and SM declined medical attention. SM denied domestic violence resources and stated he did not wish to complete a written statement.

Based on this information, officer Ayon completed a criminal citation for Mr. Martinez and forwarded to the prosecuting attorney's office for review.

On August 24, 2021, Mr. Martinez was arraigned on the charge of fourth degree assault domestic violence. He was released on personal recognizance.

On January 12, 2022, Mr. Martinez failed to appear for a status hearing. Mr. Martinez contacted the court and his hearing was continued to January 27, 2021.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 14, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Martinez, Justin Flammingstar
January 14, 2022
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/14/2022

Date