PROB 12C
(6/16)

Report Date: December 27, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Flammingstar Martinez     Case Number: 0980 2:13CR02088-SAB-3

Address of Offender: ▊▊▊▊▊▊▊▊, Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: July 29, 2014

| | |
|---|---|
| Original Offense: | Accessory After the Fact to Assault With Intent to Commit Murder 18 U.S.C. § 3,113(a)(1)&1153 |
| Original Sentence: | Prison - 96 months; TSR - 36 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Michael Davis Murphy |
| Defense Attorney: | TBD |

Date Supervision Commenced: July 1, 2021
Date Supervision Expires: June 30, 2024

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for urinalysis (UA) samples on November 15, 2021; and December 15, 2021. |
| | On July 6, 2021, the supervised release conditions were reviewed and signed with Mr. Martinez, acknowledging an understanding of his conditions, which included special condition number 17. |
| | On July 6, 2021, the substance abuse testing instructions were reviewed with Mr. Martinez. He verbally acknowledged his understanding of the testing program. He was instructed to call the Merit colorline system for the color brown. When the color brown was called, he was to report to Merit and submit to a UA. |
| | On December 15, 2021, this officer verified Mr. Martinez failed to submit UA samples at Merit on November 15, 2021; and December 15, 2021. |

Prob12C
**Re: Martinez, Justin Flammingstar**
**December 27, 2021**
**Page 2**

| | | |
|---|---|---|
| 2 | **Standard Condition # 2:** | The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |

**Supporting Evidence**: Mr. Martinez is alleged to have violated his supervised release conditions by failing to report to the probation office as directed on December 20, 2021.

On July 6, 2021, the supervised release conditions were reviewed and signed with Mr. Martinez, acknowledging an understanding of his conditions, which included standard condition number 2.

On December 17, 2021, this officer directed Mr. Martinez to report to the probation office on December 20, 2021, before 11 a.m., to address his missed UA's at Merit. Mr. Martinez stated he would report on December 20, 2021, before 11 a.m.

On December 20, 2021, Mr. Martinez failed to report as directed to the probation office by 11 a.m. He sent this officer a cellular text message at approximately 12:51 p.m., stating he was currently working in the mountains, but was on his way to the probation office. This officer responded, sending a return cellular text message, informing Mr. Martinez he could report before 4:30 p.m. However, Mr. Martinez failed to report to the probation office before 4:30 p.m. Mr. Martinez sent this officer an additional cellular text message at approximately 7:57 p.m., stating his ride broke down, which is why he did not report.

Since December 20, 2021, this officer has attempted to contact Mr. Martinez several times, but has been unsuccessful. As a result, Mr. Martinez' whereabouts are unknown at this time.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 27, 2021

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

12/29/2021

Date