PROB 12C
(6/16)

Report Date: November 22, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Flammingstar Martinez       Case Number: 0980 2:13CR02088-SAB-3

Address of Offender: ███████████████ Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 29, 2014

| | | |
|---|---|---|
| Original Offense: | Accessory After the Fact to Assault With Intent to Commit Murder, 18 U.S.C. §§ 3, 113(a)(1) & 1153 | |
| Original Sentence: | Prison - 96 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (September 2, 2022) | Prison - 1 month TSR - 35 months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: September 28, 2022 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: August 27, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On October 11, 2022, the supervised release conditions were reviewed and signed with Mr. Martinez, acknowledging an understanding of his conditions, which included standard condition number 2.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by failing to report to his probation officer as instructed on October 31, 2022. |
| | On October 25, 2022, this officer contacted Mr. Martinez to instruct him to report to the probation office on October 28, 2022. Mr. Martinez stated he was planning on traveling to the Spokane, Washington, area to determine if he would return to reside there. Mr. Martinez stated that he could report on October 31, 2022, and have an update on whether or not he |

Prob12C
**Re: Martinez, Justin Flammingstar**
**November 22, 2022**
**Page 2**

would make a request to move to the Spokane area. Mr. Martinez was instructed to report to the probation office on October 31, 2022.

Mr. Martinez failed to report to the probation office on October 31, 2022. This officer attempted to contact Mr. Martinez at his reported cell phone number with no success.

2  **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by failing to report a change of address to his probation officer as of November 18, 2022.

On November 18, 2022, this officer attempted to make contact with Mr. Martinez at his reported address on the first page of this report. The property appeared to be uninhabited as there were missing windows and the front door was completely opened. This officer called out for Mr. Martinez or anybody that may be at the residence. There was no answer. This officer did not enter the home due to safety concerns.

As of the date of this petition, Mr. Martinez has not reported to his probation officer nor has he reported a change of address.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 22, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Martinez, Justin Flammingstar
November 22, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/22/2022

Date