PROB 12C
(6/16)

Report Date: October 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Justin Flammingstar Martinez | Case Number: 0980 2:13CR02088-SAB-3 |
| Address of Offender: ███████████  Washington 98948 | |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 29, 2014

| | |
|---|---|
| Original Offense: | Accessory After the Fact to Assault With Intent to Commit Murder, 18 U.S.C. §§ 3, 113(a)(1), and 1153 |
| Original Sentence: | Prison - 96 months<br>TSR - 36 |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 2, 2022) | Prison - 1 month<br>TSR - 35 months |
| Asst. U.S. Attorney: | Michael Davis Murphy |
| | Date Supervision Commenced: September 28, 2022 |
| Defense Attorney: | Federal Defender |
| | Date Supervision Expires: August 27, 2025 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/22/2022.

On October 11, 2022, the supervised release conditions were reviewed and signed with Mr. Martinez, acknowledging an understanding of his conditions, which included mandatory condition number 1.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by being arrested for assault on or about September 8, 2023, per Toppenish Police Department report number 23P6066.<br><br>On September 10, 2023, at approximately 5:07 p.m., Toppenish Police Department Sergeant Vanderhoof was looking for a vehicle unrelated to this incident at the El Corral Motel in Toppenish, Washington, (61800 US Hwy 97). While checking the area, he located a Native |

male that was standing at the east end of the property, facing away from him, rummaging through his pockets. The officer waited in his fully marked patrol vehicle, watched the male, and observed him turn around. The officer immediately recognized the male from video he had watched of a stabbing that occurred on September 8, 2023, at approximately 9:20 p.m. This male was later identified as Justin F. Martinez (DOB 09/07/1979).

In this video, the officer observed Mr. Martinez knee MC in the head hard enough that it knocked MC back approximately 2 feet, hitting a wall behind him. MC was in a crouched position at this time. Mr. Martinez and other males then continued to punch and kick MC against the wall, then against a car, and then out of frame beyond the car. MC sustained numerous contusions to his face and body. MC was taken to Memorial Hospital and then later transferred to Harborview in Seattle, Washington.

After seeing the officer, the male turned away from him and walked through a hole in the fence heading east. The officer drove around and parked in front of the male, activating his body-worn camera and his in car video. The officer exited his vehicle and told Mr. Martinez that he was not free to leave and to put his hands behind his back. Mr. Martinez asked why and the officer explained it was because he was involved in an assault that occurred on Friday. Mr. Martinez refused to listen to the officer's commands which he repeated several times.

The officer stepped closer to Mr. Martinez, grabbed his left wrist with his left hand, and Mr. Martinez immediately pulled his arm away from the officer and proceeded to walk past him. The officer gave more commands to Mr. Martinez to stop walking away and to get on the ground but he continued to walk away and ignore his commands. The officer drew his department issued Taser and advised Mr. Martinez that he would use it if he did not comply. Mr. Martinez still did not comply.

Off in the distance, the officer could hear a male yell at him. He specifically remembers the male yelling, "Get the fuck over here!" This concerned the officer because this was a male that was confrontational during the night of the stabbing. When the officer looked over in that direction, he observed at least two people out in the roadway in front of the El Corral. He believed more people were going to come out and start coming toward the officer to help Mr. Martinez.

The officer gave Mr. Martinez numerous additional warnings to get on the ground or he would use his Taser, even telling him that he had one last chance, several times. Mr. Martinez still refused. The officer announced "Taser, Taser, Taser" and deployed his Taser.

The first set of probes hit Mr. Martinez but did not cause him to fall to the ground. The officer deployed the second set of probes and Mr. Martinez then fell to the ground but immediately started to remove all of the probes while still talking to the officer, being noncompliant.

The officer gave more commands for Mr. Martinez to get on his stomach but he remained on his side. The officer closed the distance and attempted two drive stuns. The officer grabbed Justin's ankle to get some control of his legs and applied the Taser to his calf. This caused Mr. Martinez pain and he pulled his leg away from the officer and the Taser, breaking the officer's grip on him and losing connection to the Taser.

Prob12C
Re: Martinez, Justin Flammingstar
October 20, 2023
Page 3

The officer gave another command for Mr. Martinez to get on his stomach. Mr. Martinez looked up at the officer and told him he did not do anything. While saying this, Mr. Martinez was leaning on his elbow and the officer observed Justin's right hand digging into the gravel he was on top of, and he started close his hand, gathering a handful of rocks. At this point, the officer believed that he was going to throw a handful of rocks at him.

At this time, the officer decided he needed to do a secondary drive stun to attempt to gain compliance, as well as disrupt Mr. Martinez' idea of throwing rocks at him. When attempting the second drive stun, Mr. Martinez grabbed the officer's Taser and pulled it away from his body. The officer quickly and with great force, pulled back, releasing the Taser from Mr. Martinez' right hand. The officer put his Taser away and Mr. Martinez began to comply.

The officer placed his knee on the back of Mr. Martinez' left shoulder blade and pulled his left arm back to gain control. The officer did have to repeatedly tell Mr. Martinez to give him his other hand. While doing this, the officer was looking toward the El Corral and the male that had been yelling was now walking toward the officer's location. He was approximately 75 yards away.

Officer Vanderhoof advised Officer Montelongo to hurry up to his location as more people were moving closer to his location. Mr. Martinez finally gave Officer Vanderhoof both arms and Officer Montelongo arrived shortly after. Officer Vanderhoof placed Mr. Martinez in custody, fitted and double-locked the handcuffs and escorted him to Officer Montelongo's patrol vehicle.

Officer Vanderhoof requested aid to his location and then read Mr. Martinez his Miranda Rights. Mr. Martinez acknowledged his rights and waived them. The officer explained to Mr. Martinez his reason for contacting him and the evidence that the officer had against him.

Mr. Martinez explained that MC had been in room 14 on the night of September 8, 2023. While in the room at one point, MC walked a roundabout way to sit down. This meant that MC walked around, crawled over a child approximately 5-7 years old, and sat down next to the child. This angered multiple people in the room and they told MC that he needed to leave the room and the property.

MC exited the room but then squatted down outside the door to room 14. It was at this time that more arguing happened outside the room and then Mr. Martinez kneed MC in the face. Mr. Martinez then continued to punch MC at the wall, threw MC to a parked vehicle and continued to punch him at the side of the vehicle, then moved him to the front of the vehicle and continued the assault, and then out of frame behind the parked vehicle.

Mr. Martinez admitted to assaulting MC, but denied knowing who stabbed MC. It should be noted that Mr. Martinez was wearing the same clothing when the officer contacted him as the clothing in the video during the assault. The officer advised Mr. Martinez that follow-ups would be done at room 14 to find out more about what MC did to see if charges needed to be brought against him.

Prob12C
**Re: Martinez, Justin Flammingstar**
**October 20, 2023**
**Page 4**

    Mr. Martinez was transported to the old police department to use the restroom and then to the emergency room to be medically cleared. Mr. Martinez was medically cleared and transported to the Yakima County Jail by Officer Sanchez for assault in the third degree, attempt to disarm a law enforcement officer, and resisting arrest.

    On September 11, 2023, Mr. Martinez made a preliminary appearance in Yakima County Superior Court, case number 23-1-01408-7. On October 9, 2023, Mr. Martinez was arraigned on the charges of assault third degree, resisting arrest, and disarming a law enforcement officer. Mr. Martinez has a trial date set for November 20, 2023.

4    **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

    **Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by being arrested for resisting arrest on or about September 10, 2023, per Toppenish Police Department report number 23P6066.

    Please refer to the supporting evidence in violation #3 for details.

5    **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

    **Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by being arrested for disarming a law enforcement officer on or about September 10, 2023, per Toppenish Police Department report number 23P6066.

    Please refer to the supporting evidence in violation #3 for details.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 20, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Martinez, Justin Flammingstar**
October 20, 2023
Page 5

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

10/23/2023
Date